ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 01 2010

at __10__ o'clock and __20__ min. __9__ M.
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT

for the

DISTRICT OF HAWAI'I

| | |
|---|---|
| KENNETH SHIM ) | CIVIL NO. 10-00156 SOM LEK |
| ) | |
| Plaintiff, ) | SUMMONS |
| ) | |
| vs. ) | |
| ) | |
| PNC BANK, N.A., A NATIONAL ) | |
| ASSOCIATION; NATIONAL CITY ) | |
| MORTGAGE; AMERICAN MORTGAGE ) | |
| SERVICES LLC; H. T. NGUYEN; ) | |
| CATHY LEE; and DOES 1 through ) | |
| 20 inclusive, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

**SUMMONS**

**Summons in a Civil Action**

TO THE ABOVE NAMED DEFENDANTS:

A lawsuit has been filed against you.

Within **21** days after service of the summons upon you (not counting the day you received it), you must serve on the Plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the Plaintiff's attorney, whose name and address is:

22

```
AGARD & KAIAMA, LLC
Keoni K. Agard        #2649
Dexter K. Kaiama      #4249
Harbor Tower at Harbor Squis
700 Richards Street, Suite 805
Honolulu, Hawai'i   96813
Tel. No. (808) 545-2922
```

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

The summons shall not be personally delivered between 10:00 p.m. and 6:00 a.m. on premises not open to the general public, unless a judge of the above-entitled court permits, in writing on the summons, personal delivery during those hours.

SUE BEITIA
Name of Clerk of Court

Date: OCT 01 2010

Deputy Clerk's signature